# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



CARMEN TORRES-RODRIGUEZ,
ET AL.,

      VS.                     CIVIL NO. 97-1203 (JAF)

CARMEN D. SIACA, ET AL.,

RECEIVED & FILED
99 SEP 30 PM 1:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

DATE FILED: 9/07/99  DOCKET: 31      TITLE: MOTION FOR CONSIGNMENT
                                            UNDER RULE 67
[ ] Plaintiff(s)
[X] Defendant(s)

## O-R-D-E-R

_X_ GRANTED.

___ DENIED.

___ MOOT.

___ NOTED.

OTHER: _Granted_

DATE: 9-30-99

JOSE ANTONIO FUSTE
U.S. DISTRICT JUDGE

33

3