# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



CARMEN TORRES RODRIGUEZ, ET. AL.

VS.

CARMEN D. SIACA

CIVIL NO. 97-1203 (JAF)

## DESCRIPTION OF MOTION

DATE FILED: 9/22/99   DOCKET #: 32   TITLE: MOTION REQUESTING WITHDRAWAL OF MONIES CONSIGNED

[X] Plaintiff(s)
[ ] Defendant(s)

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: *Granted*

9/30/99
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

(34)

3  *Remove w/copy 32*

RECEIVED & FILED
99 SEP 30 PM 1:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.